UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ELIESER JOSE MADURO-LAGUNAS,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __1/22/2026__
```

25 Cr. 470 (AT)

**ORDER**

ANALISA TORRES, District Judge:

During change-of-plea proceedings held on October 6, 2025, the Court scheduled sentencing for February 2, 2026, and ordered the Government to file its sentencing submission by January 19, 2026.  *See* 10/06/2026 Minute Entry.  That submission is now overdue. Accordingly, the Government shall file its sentencing submission by **noon** on **January 23, 2026**.

SO ORDERED.

Dated:  January 22, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge